UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61792-CIV-LENARD/GOODMAN

**MANAGEMENT HEALTH
SYSTEMS, INC.**

                Plaintiff,

vs.

**ACCESS THERAPIES, INC.,**

                Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 17) AND
DENYING PLAINTIFF'S MOTION TO REMAND (D.E. 9)**

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Jonathan Goodman ("Report," D.E. 17), issued on December 8, 2010. In his Report, Magistrate Judge Goodman recommends that Plaintiff's Motion to Remand (D.E. 9), filed on October 7, 2010, be denied. Specifically, the Report finds that this action became removable under the second sentence of 28 U.S.C. § 1446(b)'s removal requirement when Plaintiff responded to Defendant's interrogatory that it would be seeking at least $250,000 in lost revenues and lost profits. (Report at 5-6.) Thus, Defendant established by a preponderance of the evidence that the amount in controversy here would be greater than the $75,000 jurisdictional amount.[1] (*Id*. at 7.) In the alternative, the Report finds that Plaintiff's lost profit claim combined with potential punitive damages clearly exceeds the jurisdictional amount. (*Id*. at 8.) As a result, this

---

[1] The Parties do not dispute diversity of citizenship.

action was properly removed pursuant to this Court's diversity jurisdiction. (*Id*. at 9.)

To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 17), issued on December 8, 2010, is **ADOPTED.**

2. Plaintiff Management Health Systems, Inc.'s Motion to Remand (D.E. 9), filed on October 27, 2010, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of January, 2011.

*[signature: Joan A. Lenard]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**